# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | 4:12cr00170-3 SWW |
| | ) | |
| **ERIC EUGENE HARLOW** | ) | |

## ORDER

The defendant's motion for temporary pass (docket entry no. 64) is denied as moot, as the time for the relief requested has passed.

IT IS SO ORDERED this __2__ day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE