IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00170 SWW |
| | ) | |
| ERIC HARLOW | ) | |

**ORDER**

The government has filed a motion to revoke bond (docket entry no. 79), and the issue has been referred to the undersigned for disposition. The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Thursday, May 2, 2013, at 3:00 p.m.

IT IS SO ORDERED this  24  day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE