# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:12CR000170-2 SWW

ZACHARY DYLAN CORDELL

## ORDER

On September 18, 2012, the Court entered an Order Setting Conditions of Release. (Docket entry #63). Defendant was placed in thirty days of inpatient drug treatment, followed with chemical-free living at Freedom House until the final disposition of his federal charges. *Id.*

Defendant has filed a Motion (docket entry #84) requesting permission to live independently in Russellville, while continuing to participate in outpatient drug treatment at Freedom House. He states that, since December 2012, he has worked forty hours a week at a restaurant in Russellville, and that his employment would allow him to rent housing. The Government does not object to Defendant's requested relief, and Defendant's Pretrial Services Officer ("PTSO") indicates that Defendant has performed well in drug treatment. Finally, Defendant states that he

is agreeable to the Government's request that he be prohibited from travel to Heber Springs, Arkansas.

Under these circumstances, the Court will modify the September 18, 2012 Order Setting Conditions of Release. (Docket entry #63). Defendant is: (1) permitted to reside independently in Russellville, Arkansas, subject to approval from his PTSO; and (2) barred from travelling to Heber Springs, Arkansas, without first obtaining approval from his PTSO. All other conditions of release, including participation in outpatient drug treatment, shall remain in effect.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Modify Conditions of Pretrial Release (docket entry #84) is GRANTED.

Dated this 29th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE