# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00170-6 SWW |
| | ) | |
| KRISTIAN HOGAN | ) | |

## ORDER

The government has filed a motion to revoke bond (docket entry no. 99). The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Wednesday, December 11, 2013, at 2:30 p.m.

IT IS SO ORDERED this  18   day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE