IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cr-00170-SWW-1 |
| CHRISTOPHER ARNOLD HOGAN, | * | |
| Defendant. | * | |

## ORDER

The pro se motion [doc.#119] of defendant Christopher Arnold Hogan for reconsideration of this Court's order [doc.#117] denying Hogan's motion [doc.#116] to terminate the services of his appointed counsel and appoint him new counsel has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 13th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE